# UNITED STATES DISTRICT COURT

for the

District of
OCALA
Division

Case No. 5:25-cv-472-JSS-PRL
*(to be filled in by the Clerk's Office)*

FILED - USDC - FLMD - OCA
JUL 29 2025 AM11:38

JAROKI CLYBURN

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

FBOP COLEMAN 2 USP Medical Department
NURSE MR. LOOSE

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAROKI CLYBURN
All other names by which you have been known: # 37274-037
ID Number: USP Coleman 2
Current Institution: USP Coleman 2 P.O. Box 1034
Address: 10001
Coleman (City) FL (State) 33521 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: NURSE LOOSE
Job or Title *(if known)*: HEAD Adm
Shield Number:
Employer:
Address: P.O. Box 1035
Coleman (City) FL (State) 33521 (Zip Code)

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name:
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
NA

City State Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

NA

City State Zip Code

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

NA

City State Zip Code

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

NA

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? I Am A CARE level 3 Chronic Patient And Feels As if my 5th And 14th Due process Rights, As well As my Equal Protection Rights Are being Violated As written under the U.S. Constitutional Amendments —

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Admin. Nurse Loose failed on more than several times in the past to do proper inventory which allowed for my medical supplies to run out (continously)!

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner
- ☑ Other *(explain)* I'm a Washington D.C. inmate sentenced

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

NA

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

USP Coleman 2 medical Dept. Failing to do inventory on my medical supplies (colostomy bags) from 8-1-24 until 9-25-24 and 2-1-25 until 3-30-25 —

C. What date and approximate time did the events giving rise to your claim(s) occur?

Aug 1, 2025 to Sept 25, 2025 .... Feb 1, 2025 to MARCH 30, 2025

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

All medical supplies ARe SCANNed once you Receive them, my medical history here At the Department will show how I went without ~~A~~ Any Colostomy BAg's FROM Aug 1, 2024 through Sept 25, 2024 or what About the time Feb 1, 2025 thur MAR 30, 2025 my evidence is there SCANNER to indicate no supplies WAS given to me through those moment's period.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered from bad stomack pain's, cramp's, unuall bleeding Admitted in the outside Hospital due to my Colostomy BAg flairing up.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

medical has failed me too many time's in the past with this same issue when After 10 year's of me being here At this Prison And ya'll Are still mishandleing my medical supplies And leaveing me to suffer from the humiliation an slander from other inmate's isn't fair! so I'm Asking for Relief And the Amount of $250.000.00 due to this matter keep happening.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

USP COLEMAN 2

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

~~BP-8 - 11~~ I went through all the Process from BP-8 to 11's

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [x] Yes
- [ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

E. If you did file a grievance:

1. Where did you file the grievance?

At the Facility, unit team Coleman 2

2. What did you claim in your grievance?

Neglient, slander, improper inventory, As well as constantly happening with this Department.

3. What was the result, if any?

NO Action's was taken that I know of because as I stated this has happened more than several time's in the past.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Ive completed the grievance process And Received NO Justice on Any level.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I Filed

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I spoke with my counslor mr. summeefeild nurse cooke, nurse castillo, case manager ms. murtha, warden carlton, unit manager J. Jamica

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

over the last 5-6 year's Ive filed due to medical neglecting to do inventory in running out of my supplies. supplies I can't go without. so it's time Justice be the answer

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

NA

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ ~~No~~

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s) NA

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NA

3. Docket or index number

   NA

4. Name of Judge assigned to your case

   NA

5. Approximate date of filing lawsuit

   NA

6. Is the case still pending?

   ☐ Yes NA

   ☑ No

   If no, give the approximate date of disposition. NA

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NA

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) NA

   Defendant(s) NO

2. Court *(if federal court, name the district; if state court, name the county and State)*

   NO

3. Docket or index number

   NO

4. Name of Judge assigned to your case

   NO

5. Approximate date of filing lawsuit

   NO

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition NO

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   NA

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-13-25

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: JAROKI CLYBURN
Prison Identification #: 37274-037
Prison Address: 1053 USP COLEMAN 2
Coleman (City) FL (State) 33521 (Zip Code)

### B. For Attorneys

Date of signing: ____

Signature of Attorney ____
Printed Name of Attorney ____
Bar Number ____
Name of Law Firm ____
Address ____
City ____ State ____ Zip Code ____
Telephone Number ____
E-mail Address ____

United States Prison Coleman
P.O. Box 1034
Coleman, FL 33521
Jaroki Clyburn # 37274-037











Retail

UNITED STATES POSTAL SERVICE

34475

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
COLEMAN, FL 33521
JUL 25, 2025

$0.00

S2324H505055-09

SCREENED
By USMS

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
GOLDEN-COLLUM MEMORIAL FEDERAL BUILDING & US COURTHOUSE
207 NW SECOND STREET, ROOM 337
OCALA, FLORIDA 34475-6666

